UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | No.  1:09-CR-254-01 |
| VS. | : | |
| | : | |
| | : | |
| DAVID BOSSI | : | |
| Defendant | : | |

## ENTRY OF APPEARANCE

Please enter my appearance as counsel for the Plaintiff, United States of America, in the above captioned case.

                GERARD M. KARAM
                United States Attorney

                /s/Ryann D. Loftus
                RYANN D. LOFTUS
                Assistant United States Attorney
                PA 319379
                235 North Washington Ave.
                Suite 311
                Scranton, PA 18501
                Tel: (570)348-2800
                Fax: (570)348-2837
                Ryann.Loftus@usdoj.gov