## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:09-CR-254-01 |
| | ) | |
| Plaintiff | ) | (Judge Mannion) |
| | ) | |
| v. | ) | |
| | ) | **FILED** |
| DAVID BOSSI | ) | **SCRANTON** |
| | ) | |
| Defendant | ) | OCT 08 2024 |
| | ) | |
| ************************************* | ) | PER_____ |
| | ) | DEPUTY CLERK |
| EMPOWER | ) | |
| | ) | |
| Garnishee | ) | (Electronically Filed) |

### ORDER FOR A WRIT OF GARNISHMENT

Upon application of Plaintiff United States of America for a Writ of Garnishment, the Court hereby finds that the application meets the requirements of 28 U.S.C. § 3205, and grants Plaintiff's application to garnish Empower account in its entirety not to exceed the present balance of $1,410,125.67.

**IT IS SO ORDERED**.

MALACHY E. MANNION
United States District Judge

DATE: 10/8/24