UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:09-CR-254-01 |
| | ) | |
| Plaintiff | ) | (Judge Mannion) |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BOSSI | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| ************************************ | ) | |
| EMPOWER | ) | |
| | ) | |
| Garnishee | ) | (Electronically Filed) |

## WRIT OF GARNISHMENT

GREETINGS TO:   EMPOWER
Legal, ATTN: Kate Livits
8525 E. Orchard Road, 2T3
Greenwood Village, CO  80111

An application for a Writ of Garnishment against the property of DAVID BOSSI, defendant/debtor, whose last known address, is Phoenix, MARYLAND 21131 has been filed with this Court. A Judgment has been entered against the above-named defendant/debtor in the amount of $1,446,313.53.

You are required by law to answer in writing, under oath, within

ten (10) days, whether or not you have in your custody, control or possession, any funds or property owned by the defendant/debtor, or in which the defendant/debtor has an interest.

Please state whether or not you anticipate paying the defendant/debtor any future payments and whether such payments are weekly, biweekly or monthly.

You must file the original written answer to this Writ within ten (10) days of your receipt of this Writ with the Clerk of Court, 235 N. Washington Avenue, P.O. Box 1148, Scranton, PA 18501. Additionally, you are required by law to serve a copy of this answer upon the defendant/debtor and upon the United States Attorney's Office, Assistant United States Attorney, Ryann D. Loftus, 235 N. Washington Ave., P.O. Box 309 Scranton, PA 18501.

Under the law, there is property that is exempt from this Writ of Garnishment. Property that is exempt and not subject to this Writ is listed on the attached Claim for Exemption form.

You are hereby required to satisfy the judgment by levying all funds or assets belonging to the defendant/debtor or in which the defendant/debtor has an interest, including but not limited to funds

held in trust and/or maintained in 401(K) account or held in any other account associated with or held in trust for or otherwise associated with the defendant/debtor, SSN XXX-XX-6210.

If you fail to answer this Writ and/or fail to withhold property, the United States may petition the court for an order requiring you to appear before the Court to answer the Writ and to so withhold property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with this Writ, the court may enter a judgment against you for the value of the defendant/debtor's non-exempt property. It is unlawful to pay or deliver to the defendant/debtor any item attached by this Writ.

*It is unlawful to pay, disburse, or deliver to the defendant/debtor any item attached by this Writ until further order of this Court.*

PETER WELSH
CLERK OF COURT

By: _____
DEPUTY CLERK
