UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 1:09-CR-254-01 |
| | ) | |
| Plaintiff | ) | (Judge Mannion) |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID BOSSI | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| ************************************ | ) | |
| EMPOWER | ) | |
| | ) | |
| Garnishee | ) | (Electronically Filed) |

## CLERK'S NOTICE OF POST-JUDGMENT GARNISHMENT

You are hereby notified that funds and/or property due and owing to you are being taken by the United States of America. The current balance as of this date is $1,410,125.67.

In addition, you are notified that there are exemptions under the law that might protect some of the property from being taken by the Government if you can show that the exemptions apply. Attached is a summary of the major exemptions under the Internal Revenue Service Code which you may be entitled to receive. (See 26 U.S.C. § 6334(a) and 18 U.S.C. § 3613(a)(1).

You have a right to ask the court to return your property to you if you think you do not owe the money to the government that it claims you do, or if you think the property the government is taking qualifies under one of the above exemptions.

If you want a hearing, you must notify the court within 20 days after receipt of this notice. Your request must be in writing.

If you wish, you may use the Request for Hearing Form. You must mail your request to the Clerk, United States District Court, 235 N. Washington Ave., P.O. Box 1148, Scranton, PA 18501. You must also send a copy of your request to the United States Attorney's Office, Assistant United States Attorney, Ryann Loftus, 235 N. Washington Ave., P.O. Box 309, Scranton, PA 18501, so the government will know you want a hearing.

The hearing will take place within 10 days after the Clerk receives your request, if you ask for it to take place that quickly, or as soon after that as possible.

At the hearing you may explain to the judge why you think you do not owe the money to the government. If you do not request a hearing within 20 days of receiving this notice, your property may be sold at

public auction and the proceeds of the sale will be applied to the debt you owe the government.

If you live outside the federal judicial district in which the court is located, you may request, not later than 20 days after you receive this notice, that this proceeding to take your property be transferred by the court to the federal judicial district in which you reside.  You must make your request in writing, and mail it to the Clerk of Court, 235 N. Washington Ave., P.O. Box 1148, Scranton, PA 18501.  You must also send a copy of your request to the U.S. Attorney's Office, Assistant United States Attorney, Ryann Loftus, 235 N. Washington Ave., P.O. Box 309, Scranton, PA 18501, so the government will know you want the proceeding to be transferred.

Be sure to keep a copy of this notice for your own records.  If you have any questions about your rights or about this procedure, you should contact a lawyer, an office of public legal assistance, or the Clerk of Court.  The Clerk is not permitted to give legal advice, but can refer you to other sources of information.

                                                     PETER WELSH
                                                     CLERK OF COURT

                            By:  _____
                                   DEPUTY CLERK